AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Puerto Rico

|  |  |
|---|---|
| IN THE MATTER OF THE SEARCH OF NINE UNITED STATES POSTAL SERVICE PARCELS FURTHER DESCRIBED IN ATTACHMENT A | ) ) ) Case No.    26-358 (M) ) ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:       Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____---_____ District of _____Puerto Rico_____ *(identify the person or describe the property to be searched and give its location)*:

 See Attachment A. Enclosed as Reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

 See Attachment B. Enclosed as Reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before       May 7, 2026
                                                  *(not to exceed 14 days)*

❐ in the daytime  6:00 a.m. to 10 p.m.       ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
on duty _____ .
                               *(name)*

❐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ❐ for _____ days *(not to exceed 30).*

                        ❐ until, the facts justifying, the later specific date of _____ .

Date and time issued:       April 23, 2026 at 5:42 p.m.

Digitally signed by Hon. Giselle López-Soler
_____
*Judge's signature*

City and state:   San Juan, PR

Hon. Giselle López-Soler, U.S. Magistrate Judge
*Printed name and title*

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| **Return** | | |
|---|---|---|
| *Case No.:*<br>26-358 (M) | *Date and time warrant executed:*<br>04/24/2026 10:00 am | *Copy of warrant and inventory left with:*<br>USPIS San Juan Field Office |

*Inventory made in the presence of :*
H.Martinez/H.Casanova/M.Ramos/F.Arce-Morales/F.Rivera/D.Nieves/M.Santiago

*Inventory of the property taken and name of any person(s) seized:*

USPS parcels and the following contents:

1) 9505 5103 5822 6112 9590 48- approximately 3,165 grams of field tested cocaine

2) 9570 1103 3681 6112 9675 52- approximately 2,030 grams of field tested cocaine

3) 9505 5114 1636 6112 8294 67- approximately 1,050 grams of field tested cocaine

4) 9505 5147 8561 6112 8983 06- approximately 505 grams of field tested cocaine

5) 9505 5103 3636 6112 0863 87- approximately 520grams of field tested cocaine

6) 9505 5114 5115 6112 6302 25- negative for narcotics/ returned to mail stream

7) 9505 5110 9897 6112 1772 22- approximately 2,040 grams of field tested cocaine and GPS tracker

8) 9505 5128 7253 6112 1231 41- approximately 3,055 grams of field tested cocaine and GPS tracker

9) 9505 5128 7251 6112 3509 69- approximately 2,050 grams of field tested cocaine

| **Certification** |
|---|

     *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

*Date:* _____04/24/2026_____

_____
*Executing officer's signature*

Fabian Arce-Morales, U.S. Postal Inspector
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 31-A | (P) 9505 5103 5822 6112 9590 48 | gerardo Rivera Morales Hc 01 Box 5037 ciales PR 00638 | Luis Morales 6145 Silver Dr New Port Richey, FL 34653 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 31-B | (E) 9570 1103 3681 6112 9675 52 | José Coriano<br>Urb Los tamarindos<br>calle 6I 11 San lorenzo<br>P.R. 00754 | Viviana Coriano<br>108 Sanday Haven Dr. Lot 70<br>Elgin, Sc 29045 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 31-C | (P) 9505 5114 1636 6112 8294 67 | Julia Burgos<br>HC 2 Box 5010<br>Villalba, P.R. 00766 | José Burgos<br>862 South St<br>Apt# 5<br>Highland N.Y. 12528 |



3

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 31-D | (P) 9505 5147 8561 6112 8983 06 | Hector Alamo Ballester<br>Po Box 421<br>Loiza PR 00772 | Jonathan Vargas Ballester<br>933 NE 4th St<br>Ocala FL 34470 |



4

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 31-E | (P) 9505 5103 3636 6112 0863 87 | Melvin RODRIGuEZ c/José A. GAUDIER #JC22, LEVITTOWN t.B. 00949 | Jimmy CRUZ 9614 ASPEN, PL. MANASSAS, VA 20110 |



5

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 31-F | (P) 9505 5114 5151 6112 6302 25 | Evelyn E Rodz Colón HC 04 Box 13076 San German P.R 00683 | Iraida Ortiz Rodríguez 65 Woodard Drive Bristol CT 06010 |



6

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: <br><br> Name and Address | To: <br><br> Name and Address |
|---|---|---|---|
| 31-G | (P) 9505 5110 9897 6112 1772 22 | Orlando Rivera <br> Hacienda San Jose Las Nubes <br> Calle Olivos, P.R. 00725 <br> Caguas | Alex Santos <br> Apt 1 <br> 529 S.W. 6TH ST <br> Miami, FL 33130-2744 |



7

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 31-H | (P) 9505 5128 7253 6112 1231 41 | Abigail Cruz<br>Urb. Villa Carolina<br>Calle 12 # A-45<br>Carolina P.R.<br>00985 | Familia Ojeda<br>380 Plymouth Ave<br>Buffalo, NY 14213 |



8

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 31-I | (P) 9505 5128 7251 6112 3509 69 | Alba Santos Calle 3 C 26 castellana Gardens Carolina P.R 00983 | Marcos Rivera 525 highland ave. Aprt 22 Malden. Ma 02148 |



9

## ATTACHMENT B
### Particular Things to be Seized

All records and items in the Subject Parcels described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

a. controlled substances;

b. paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, heat-sealing devices, and diluents;

c. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

d. United States Currency; and

e.  Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities.

10